ORIGINAL

4510

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 27 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| FLAHERTY & CRUMRINE PREFERRED INCOME FUND INCORPORATED; FLAHERTY & CRUMRINE PREFERRED INCOME OPPORTUNITY FUND INCORPORATED; FLAHERTY & CRUMRINE/CLAYMORE PREFERRED SECURITIES INCOME FUND INCORPORATED; and STAN HAIDUK,<br><br>Plaintiffs,<br><br>v.<br><br>TXU CORP. and C. JOHN WILDER,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 3-05-CV-1784-G<br><br><br><br><br><br>ECF |

## NOTICE OF APPEAL

Notice is given that all plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on August 30, 2006.

Dated this 27th day of September, 2006.

DODGE & ASSOCIATES, P.C.

_/s/ Michael C. Dodge_____
Michael C. Dodge (TBN 05937000)
E-mail: miked@texasatty.com
David W. Dodge (TBN 24002000)
E-mail: davidd@texasatty.com
Regency Plaza
3710 Rawlings, Ste. 1600
Dallas, Texas 75219

SHOCKMAN LAW OFFICES, P.C.
Rosemary J. Shockman
E-mail: RShock@aol.com
8170 N. 86th Place, Suite 102
Scottsdale, Arizona 85258-4308


BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Andrew S. Friedman
E-mail: afriedman@bffb.com
Francis J. Balint, Jr.
E-mail: fbalint@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, Arizona 85012

**ATTORNEYS FOR LEAD PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Richard S. Krumholz, Esq.
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
E-mail: rkrumholz@fulbright.com

Gerard G. Pecht
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
E-mail: gpecht@fulbright.com

The foregoing counsel were also served via first class mail.

DAVID W. DODGE